UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILO MARTINEZ et al.,

                Plaintiffs,

-vs-

ZERO OTTO NOVE INC. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/17

Case No.: 15-CV-899 (AJP)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, *under Cheeks v. Freeport,* and are incorporated herein by reference *(See Docket No. 48)* and

IT IS FURTHER STIPULATED AND AGREED that, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 24, 2017

CILENTI & COOPER, PLLC
*Attorneys for Plaintiffs*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
     Justin Cilenti

AMANATIDES & KOCHISARLI PLLC
*Attorneys for Defendants*
125 Jericho Turnpike, Suite 303
Jericho, New York 11753
(516) 858-4618

By: _____
     Brian Kochisarli

19

SO ORDERED: _____ 2/24/17
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ECF: All Counsel

**BY ECF**